UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| CARL DAVIS VAUGHN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23CV706 |
| ) | |
| ALLY FINANCIAL, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On August 24, 2023, the Court ordered this case to be filed, but stayed further action for 30 days and ordered Plaintiff to either submit the filing fee or submit an application to proceed in *in forma pauperis* by September 25, 2023. The Court specifically warned Plaintiff that failure to comply with the Order in a timely manner would result in dismissal of the action. The Clerk's Office mailed Plaintiff the forms to complete and submit for application to proceed *in forma pauperis*. However, Plaintiff failed to comply with the Court's direction. Plaintiff filed additional notices and a purported amendment, but he still has not submitted the filing fee or submitted an application to proceed *in forma pauperis*. The payment of the filing fee is required pursuant to 28 U.S.C. § 1914, unless the Court authorizes proceeding *in forma pauperis* on submission of an application and affidavit as provided in 28 U.S.C. § 1915. Here, the case cannot proceed because Plaintiff has not either paid the filing fee or submitted an application to proceed *in forma pauperis*. The Court will therefore recommend that this case be dismissed without prejudice based on Plaintiff's failure to pay the filing fee or submit an application to proceed *in forma pauperis*. If Plaintiff submits the filing fee or an application to

proceed *in forma pauperis* within 14 days of this Recommendation, the matter should be referred to the undersigned for further screening.

IT IS THEREFORE RECOMMENDED that this case be dismissed without prejudice for failure to comply with the Court's Orders, based on Plaintiff's failure to submit the filing fee or an Application to Proceed In Forma Pauperis.

This, the 14th day of November, 2023.

    /s/ Joi Elizabeth Peake
United States Magistrate Judge