IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CARL DAVIS VAUGHN, JR.,           )
                                  )
                Plaintiff,        )
                                  )
     v.                           )     1:23-cv-706
                                  )
ALLY FINANCIAL, INC., and         )
CFO BRADLEY J. BROWN,             )
                                  )
                Defendants.       )

## ORDER

On November 14, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 8, 9.) In the Recommendation, the Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to pay the filing fee or submit an application to proceed in forma pauperis. No objections were filed within the time limits prescribed by Section 636. Plaintiff has filed two letters, (Docs. 11, 12), which the court has carefully reviewed. Instead of an objection, Plaintiff's filings are general allegations that are irrelevant to the Recommendation and irrelevant to the case. Plaintiff fails to make the "specific written objection" required to invoke de novo review by the district court. Fed. R. Civ. P. 72(b).

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.[1]

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 8), is **ADOPTED. IT IS FURTHER ORDERED** that that this case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Orders, based on Plaintiff's failure to submit the filing fee or an Application to Proceed In Forma Pauperis.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of March, 2024.

                              /s/ William L. Osteen, Jr.
                              United States District Judge

---

[1] Although this court finds de novo review is not required, the court has conducted a de novo review and would, in the alternative, adopt the Recommendation under that standard. Plaintiff's failure to comply with that court's orders will not be permitted.